Anthony J. O'BRANOVIC,
Claimant–Appellee,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellant.

No. 05–7166.

United States Court of Appeals,
Federal Circuit.

March 2, 2006.

## ORDER

The parties having so agreed, it is ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).